# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS ANTONIO DOUGLAS, | Case No. CV 18-01865 PA (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN MICHAEL CARR, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: July 13, 2018

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE